FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2583

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Magistrate Case No. |
| v. | ) COMPLAINT FOR VIOLATION OF |
| **Hector Manuel PENA Arredondo,** | ) Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| | ) Bringing in Illegal Alien(s) |
| Defendant. | ) Without Presentation |

The undersigned complainant being duly sworn states:

### Count I

On or about **August 21, 2008**, within the Southern District of California, defendant **Hector Manuel PENA Arredondo,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Zayda Yanesi HUERTA-Mendoza, Leonel URRIETA-Hurtado,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count II

On or about **August 13, 2008**, within the Southern District of California, defendant **Hector Manuel PENA Arredondo,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Svyatoslav Igorevich KONSHIN,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*held as a defendant not as a MW*

SIGNATURE OF COMPLAINANT
Claudia Rios, Enforcement Officer
Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESCENCE, THIS **22ⁿᵈ** DAY OF **AUGUST, 2008.**

UNITED STATES MAGISTRATE JUDGE

8/21/08



## PROBABLE CAUSE STATEMENT

The complainant states that **Zayda Yanesi HUERTA-Mendoza, and Leonel URRIETA-Hurtado** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 21, 2008, at approximately 10:10 AM, **Hector Manuel PENA-Arredondo (Defendant)** made application for admission into the United States through the San Ysidro, California, Port of Entry vehicle lanes as the driver and sole visible occupant of a blue 2006 Toyota Sienna. Defendant presented a Permanent Resident Alien Card bearing the name Guillermo Montoya-Valenzuela as his entry document to a United States Customs and Border Protection (CBP) Officer. The CBP Officer noticed Defendant appeared nervous and was not familiar with the vehicle. The CBP Officer conducted a visual inspection of the interior of the vehicle and discovered several human beings concealed underneath a blanket in the rear cargo area of the vehicle. The CBP Officer called for assistance and CBP Officers responded. Defendant, vehicle and other occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed a total of nine human beings found concealed inside the cargo area of the vehicle. The concealed persons were determined to be citizens of Mexico without entitlements to enter the United States. Two individuals were retained as Material Witnesses and are now identified as: **Zayda Yanesi HUERTA-Mendoza (MW1), and Leonel URRIETA-Hurtado (MW2).**

During a video recorded proceeding, Material Witnesses admitted they are citizens of Mexico without legal rights or documents to enter the United States. Material Witnesses stated they were going to pay from $2,500.00 to $3,500.00 United States Dollars to be smuggled into the United States. Material Witness stated they were going to California to seek residence and employment.

On August 13, 2008, at approximately 9:15 AM, **Hector Manuel PENA-Arredondo (Defendant)** made application for admission into the United States through the San Ysidro, California, Port of Entry vehicle lanes as the driver and sole visible occupant of a 2006 Nissan Altima. A United States Customs and Border Protection (CBP) Canine Enforcement Officer was conducting pre-primary operations when his Human/Narcotics Detector Dog alerted to the trunk of a silver 2006 Nissan Altima. A CBP Officer conducted a visual inspection of the interior of the trunk of the vehicle and discovered five human beings concealed inside. Defendant, vehicle and other occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed a total of five human beings found concealed inside the trunk of the vehicle. Four of the concealed persons were determined to be citizens of Mexico without entitlements to enter the United States. One of the concealed persons was determined to be a citizen of Ukraine without entitlements to enter the United States. That individual was identified as **Svyatoslav Igorevich KONSHIN,** and was charged and booked with 8 USC 1326 Attempted Entry after Deportation.