UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>**Arredondo** )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. **08MJ 2583**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

**Leonel Urrieta-Hurtado**

DATED: **9/5/08**

**Barbara Lynn Major**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____    OR
        **DUSM**

W. SAMUEL HAMRICK, JR.  Clerk

by _Rbd_____
      Deputy Clerk

**M. Behning**